IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LAUREN MCDONALD,**

    **Plaintiff,**

vs.                                                     Case No.: 2:17-cv-251
                                                             **JUDGE GEORGE C. SMITH**
                                                             **Magistrate Judge Jolson**

**MOUNT CARMEL COLLEGE OF NURSING,**

    **Defendant.**

## ORDER

On November 1, 2018, the United States Magistrate Judge issued an *Opinion and Order and Report and Recommendation* recommending that Plaintiff's Motion for Leave to File Second Amended Complaint be granted and Plaintiff's Motion to Remand and Defendant's Motion for Summary Judgment be denied as moot. (*See* Doc. 35). The parties were specifically advised of their right to object to the *Opinion and Order and Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Opinion and Order and Report and Recommendation*.

Accordingly, the *Opinion and Order and Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's Motion for Leave to File Second Amended Complaint is **GRANTED**; Plaintiff's Motion to Remand is **DENIED AS MOOT**; and Defendant's Motion for Summary Judgment is **DENIED AS MOOT**. The Clerk shall remove Documents 22, 27 and 35 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                         */s/ George C. Smith*_____
                                                         **GEORGE C. SMITH, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**